Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:19-bk-17704-WJ  AS OF 3/31/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/09/23 | $1,033.00 | 03/2023 | $1,033.00 |
| 02/07/23 | $1,033.00 | 02/2023 | $1,033.00 |
| 01/06/23 | $1,033.00 | 01/2023 | $1,033.00 |
| 12/16/22 | $1,033.00 | 12/2022 | $1,033.00 |
| 11/21/22 | $1,033.00 | 11/2022 | $1,033.00 |
| 10/07/22 | $1,033.00 | 10/2022 | $1,033.00 |
| 09/09/22 | $1,033.00 | 09/2022 | $1,033.00 |
| 08/11/22 | $1,033.00 | 08/2022 | $1,033.00 |
| 07/05/22 | $1,033.00 | 07/2022 | $1,033.00 |
| 06/06/22 | $1,033.00 | 06/2022 | $1,033.00 |
| 05/09/22 | $1,033.00 | 05/2022 | $1,033.00 |
| 04/07/22 | $1,033.00 | 04/2022 | $1,033.00 |

APRIL TERESE CANAAN
6049 RED SPUR COURT
FONTANA, CA  92336

CURRENT CASE DISPOSITION: ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: | 08/30/2019 | MONTHLY PLAN PMT AMT: | $1,033.00 |
| 1ST MEETING DATE: | 10/09/2019 | GROSS RECEIPTS: | $43,986.00 |
| CONFIRMATION DATE: | 10/23/2019 | REFUNDS FR CREDITORS: | ($1,395.00) |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $41,227.30 |
| PERCENT TO UNSEC.: | 100.00% | | |
| FEES PAID TO ATTY: | $0.00 | | |
| FEES PAID TO TRUSTEE: | $2,758.68 | | |
| REFUNDS TO DEBTOR: | $0.00 | | |
| BALANCE ON HAND: | $0.02 | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | AT&T MOBILITY II LLC | UNSECURED | 0.00 | $800.00 | $1,170.52 | $790.07 | $0.00 | $380.45 |
| 0002 | CHASE CARD | UNSECURED | 0.00 | $2,559.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,642.00 | $1,642.27 | $1,108.49 | $0.00 | $533.78 |
| 0004 | DISCOVER BANK | UNSECURED | 0.00 | $4,002.00 | $4,002.87 | $2,701.82 | $0.00 | $1,301.05 |
| 0005 | CAPITAL ONE, N.A. | UNSECURED | 0.00 | $1,916.00 | $1,915.91 | $1,293.18 | $0.00 | $622.73 |
| 0006 | METLIFE AUTO AN HOME | UNSECURED | 0.00 | $12,054.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | NAVIENT SOLUTION LLC | UNSECURED | 0.00 | $179,243.00 | $180,043.96 | $0.00 | $0.00 | $0.00 |
| 0008 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,932.00 | $1,894.33 | $1,278.62 | $0.00 | $615.71 |
| 0009 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,346.00 | $2,308.28 | $1,558.02 | $0.00 | $750.26 |
| 0010 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,292.00 | $1,292.58 | $872.45 | $0.00 | $420.13 |
| 0011 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $4,366.00 | $4,331.14 | $2,923.40 | $0.00 | $1,407.74 |
| 0012 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $800.00 | $365.10 | $246.43 | $0.00 | $118.67 |
| 0013 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $3,700.00 | $3,699.63 | $2,497.14 | $0.00 | $1,202.49 |
| 0014 | HCA DBA KIA MOTOR FINANCE | SECURED | 4.00 | $12,204.10 | $12,313.77 | $12,313.77 | $632.19 | $0.00 |
| 0015 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARREARS | 0.00 | $2,554.33 | $2,663.38 | $2,663.38 | $0.00 | $0.00 |
| 0016 | SONA PROPERTY MANAGEMENT | SECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $4,525.00 | $3,835.73 | $3,835.73 | $0.00 | $0.00 |
| 0018 | BUREAUS INVESTMENT GRP PORTI | UNSECURED | 0.00 | $0.00 | $830.27 | $560.41 | $0.00 | $269.86 |
| 0019 | HESTON & HESTON * | ATTORNEY FEE - WJ | 0.00 | $0.00 | $4,672.00 | $4,672.00 | $0.00 | $0.00 |
| 0020 | SAN BERNARDINO COUNTY TAX CC | SECURED | 18.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | MIDLAND CREDIT MANAGEMENT, IN | UNSECURED | 0.00 | $0.00 | $1,183.06 | $798.53 | $0.00 | $384.53 |
| 10017 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $713.62 | $481.67 | $0.00 | $231.95 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$8,239.35** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.