|  |
|---|
| FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

April Terese Canaan

CASE NO.: 6-19-BK-17704

CHAPTER: 13

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

    Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
    Name(s): BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
    Mailing Address: PO Box 41021
    City, State, Zip Code: NORFOLK VA 23541

3. **New Address:**
    Mailing Address: PO Box 788
    City, State, Zip Code: Kirkland WA 98083-0788

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number _____

    Joint Debtor's DeBN account number _____

Date: 8/1/2023

Jessi White
Requestor's printed name(s)

/s/ Jessi White
Requestor's signature(s)

Authorized Agent for Creditor
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                            **F 1002-1.3.CHANGE.ADDRESS**