Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:19-bk-17704-WJ AS OF 9/30/2023

APRIL TERESE CANAAN
6049 RED SPUR COURT
FONTANA, CA  92336

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/12/23 | $1,033.00 | 10/2023 | $0.00 |
| 08/11/23 | $1,033.00 | 09/2023 | $1,033.00 |
| 07/17/23 | $1,033.00 | 08/2023 | $1,033.00 |
| 06/15/23 | $1,033.00 | 07/2023 | $1,033.00 |
| 05/18/23 | $1,033.00 | 06/2023 | $1,033.00 |
| 04/17/23 | $1,033.00 | 05/2023 | $1,033.00 |
| 03/09/23 | $1,033.00 | 04/2023 | $1,033.00 |
| 02/07/23 | $1,033.00 | 03/2023 | $1,033.00 |
| 01/06/23 | $1,033.00 | 02/2023 | $1,033.00 |
| 12/16/22 | $1,033.00 | 01/2023 | $1,033.00 |
| 11/21/22 | $1,033.00 | 12/2022 | $1,033.00 |
| 10/07/22 | $1,033.00 | 11/2022 | $1,033.00 |

CURRENT CASE DISPOSITION: **ACTIVE**

| | | |
|---|---|---|
| FILING DATE: 08/30/2019 | MONTHLY PLAN PMT AMT: $1,033.00 | FEES PAID TO ATTY: $0.00 |
| 1ST MEETING DATE: 10/09/2019 | GROSS RECEIPTS: $50,184.00 | FEES PAID TO TRUSTEE: $3,344.38 |
| CONFIRMATION DATE: 10/23/2019 | REFUNDS FR CREDITORS: ($1,395.00) | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $45,896.53 | BALANCE ON HAND: $943.09 |
| PERCENT TO UNSEC.: 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | AT&T MOBILITY II LLC | UNSECURED | 0.00 | $800.00 | $1,170.52 | $1,006.29 | $0.00 | $164.23 |
| 0002 | CHASE CARD | UNSECURED | 0.00 | $2,559.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,642.00 | $1,642.27 | $1,411.85 | $0.00 | $230.42 |
| 0004 | DISCOVER BANK | UNSECURED | 0.00 | $4,002.00 | $4,002.87 | $3,441.24 | $0.00 | $561.63 |
| 0005 | CAPITAL ONE, N.A. | UNSECURED | 0.00 | $1,916.00 | $1,915.91 | $1,647.10 | $0.00 | $268.81 |
| 0006 | METLIFE AUTO AN HOME | UNSECURED | 0.00 | $12,054.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | NAVIENT SOLUTION LLC | UNSECURED | 0.00 | $179,243.00 | $180,043.96 | $0.00 | $0.00 | $0.00 |
| 0008 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,932.00 | $1,894.33 | $1,628.54 | $0.00 | $265.79 |
| 0009 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,346.00 | $2,308.28 | $1,984.41 | $0.00 | $323.87 |
| 0010 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,292.00 | $1,292.58 | $1,111.22 | $0.00 | $181.36 |
| 0011 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $4,366.00 | $4,331.14 | $3,723.45 | $0.00 | $607.69 |
| 0012 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $800.00 | $365.10 | $300.48 | $0.00 | $64.62 |
| 0013 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $3,700.00 | $3,699.63 | $3,180.54 | $0.00 | $519.09 |
| 0014 | HCA DBA KIA MOTOR FINANCE | SECURED | 4.00 | $12,204.10 | $12,313.77 | $12,313.77 | $632.19 | $0.00 |
| 0015 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARREARS | 0.00 | $2,554.33 | $2,663.38 | $2,663.38 | $0.00 | $0.00 |
| 0016 | SONA PROPERTY MANAGEMENT | SECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $4,525.00 | $3,835.73 | $3,835.73 | $0.00 | $0.00 |
| 0018 | BUREAUS INVESTMENT GRP PORTI | UNSECURED | 0.00 | $0.00 | $830.27 | $713.78 | $0.00 | $116.49 |
| 0019 | HESTON & HESTON * | ATTORNEY FEE - WJ | 0.00 | $0.00 | $4,672.00 | $4,672.00 | $0.00 | $0.00 |
| 0020 | SAN BERNARDINO COUNTY TAX CC | SECURED | 18.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | MIDLAND CREDIT MANAGEMENT, IN | UNSECURED | 0.00 | $0.00 | $1,183.06 | $1,017.07 | $0.00 | $165.99 |
| 10017 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $713.62 | $613.49 | $0.00 | $100.13 |
| | | | | | | TOTAL PRINCIPAL BALANCE OWED*: | | $3,570.12 |

\* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.