ROD DANIELSON
CHAPTER 13 TRUSTEE
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>APRIL TERESE CANAAN<br><br><br><br>Debtor(s). | **Chapter 13**<br>**Case No.:  6:19-bk-17704-WJ**<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE CASE**<br><br>**(COMPLETED CASE)** |

TO:  THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report, a summary of which is attached hereto; and

   NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. 350 (a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date, time and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

   Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly.  Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing.  Contact your attorney for more information.

   Executed on 1/11/2024 at Riverside, California.

_____
Rod Danielson, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE: APRIL TERESE CANAAN  
    6049 RED SPUR COURT  
    FONTANA, CA 92336

Case No.: 6:19-bk-17704-WJ  
Judge: Wayne E. Johnson

# DRAFT FINAL REPORT AND ACCOUNT

This case was: **COMPLETED**

SSN#1 - XXX-XX-5868  
SSN#2 -

| This Case was: commenced on 08/30/2019 | The Plan was: Confirmed on 10/23/2019 | The Case was: concluded on 01/10/2024 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:     $53,283.00

## DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | AMOUNT PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| AT&T MOBILITY II LLC | | UNSECURED | 1,170.52 | 1,170.52 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GRP PORTFOLIO NO | N/S | UNSECURED | 830.27 | 830.27 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | JUDGMENT LIEN/LISTED S | UNSECURED | 3,699.63 | 3,699.63 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | KOHLS | UNSECURED | 1,915.91 | 1,915.91 | 0.00 | 0.00 |
| CHASE CARD | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK | | UNSECURED | 4,002.87 | 4,002.87 | 0.00 | 0.00 |
| HCA DBA KIA MOTOR FINANCE | 16 KIA SOUL | SECURED | 12,313.77 | 12,313.77 | 632.19 | 0.00 |
| HESTON & HESTON * | ATTY FEES | ATTORNEY FEE | 4,672.00 | 4,672.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Split Claim | UNSECURED | 713.62 | 713.62 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 16 TAXES | PRIORITY | 3,835.73 | 3,835.73 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | 1ST TD ARRS | MORTGAGE ARR | 2,663.38 | 2,663.38 | 0.00 | 0.00 |
| METLIFE AUTO AN HOME | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, INC. | CHEVRON AND TEXACO N | UNSECURED | 1,183.06 | 1,183.06 | 0.00 | 0.00 |
| NAVIENT SOLUTION LLC | STUDENT LOANS RFS D/P | UNSECURED | 180,043.96 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | JC PENNEY | UNSECURED | 1,894.33 | 1,894.33 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | LENSCRAFTERS | UNSECURED | 2,308.28 | 2,308.28 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | PAYPAL | UNSECURED | 1,292.58 | 1,292.58 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | TJX | UNSECURED | 4,331.14 | 4,331.14 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | BEST BUY | UNSECURED | 365.10 | 365.10 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | VICTORIA'S SECRET | UNSECURED | 1,642.27 | 1,642.27 | 0.00 | 0.00 |
| SAN BERNARDINO COUNTY TAX COLL | PROP TAXES PIF | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| SONA PROPERTY MANAGEMENT | HOA D/P | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| APRIL TERESE CANAAN | REFUND | REFUND | 0.00 | 180.09 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRIN. & INT. |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 14,977.15 | 8,507.73 | 205,393.54 | | 180.09 | 229,058.51 | 49,646.74 |
| PRIN. PAID | 14,977.15 | 8,507.73 | 25,349.58 | | 180.09 | 49,014.55 | |
| INT. PAID | 632.19 | 0.00 | 0.00 | | | 632.19 | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID THROUGH PLAN |
|---|---|---|
| HESTON & HESTON, ATTORNEYS AT LAW | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | | | |
|---|---|---|---|
| FILING FEE & DEPOSIT: 0.00 | TRUSTEE EXP. & COMPENSATION FUND: 3,636.26 | OTHER COST: 0.00 | TOTAL: 3,636.26 |

### NOTICE Re: Accuracy of Final Report

    The Final Report in this case will be filed not less than 30 days from today's date. The financial accounting portion of the Final Report represents an accurate summary of the fiscal transactions in this case.  However, other information contained in the Final Report, including the number and dates of debtor defaults and plan modifications, "claim asserted" amounts, value of assets exempted or abandoned by court order, etc. may not reflect all information in the court's records, particularly in older or dismissed/converted cases.  You may wish to log onto the court's document website at www.pacer.com, if you wish to verify the accuracy of non-financial information in the Final Report. There is a charge for accessing this website.

DATED: January 11, 2024

_____
Rod Danielson, Chapter 13 Trustee

| In re: **APRIL TERESE CANAAN** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:19-bk-17704-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **01/11/2024** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**BEN@HESTONLAW.COM**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **1/11/2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person (s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/11/2024 | TONY HO | */s/ Tony Ho* |
|---|---|---|
| Date | Type Name | Tony Ho |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012      FG:046               Page 4 of 5               F 9013-3.1.PROOF.SERVICE

| In re: **APRIL TERESE CANAAN** | | **Chapter: 13** |
|---|---|---|
| | Debtor(s) | Case Number: **6:19-bk-17704-WJ** |

## PROOF OF SERVICE - CONTINUED

| | | |
|---|---|---|
| APRIL TERESE CANAAN<br>6049 RED SPUR COURT<br>FONTANA, CA 92336 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850 |
| METLIFE AUTO AN HOME<br>PO BOX 2204<br>CHARLOTTE, NC 28241-2204 | SONA PROPERTY MANAGEMENT<br>CITRUS HEIGHTS COMMUNITY ASSOCIATIO<br>P.O. BOX 10<br>UPLAND, CA 91785 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355 | NAVIENT SOLUTION LLC<br>C/O TGSLC DBA TRELLIS COMPANY<br>PO BOX 659602<br>SAN ANTONIO, TX 78265-9602 | DISCOVER BANK<br>ATTN: DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| BUREAUS INVESTMENT GRP PORTFOLIO NO 15 LLC<br>C/O PRA RECEIVABLES MGMNT, LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | HESTON & HESTON *<br>19700 FAIRCHILD RD<br>STE 280<br>IRVINE, CA 92612 |
| SAN BERNARDINO COUNTY TAX COLL<br>268 WEST HOSPITALITY LANE<br>FIRST FLOOR<br>SAN BERNARDINO, CA 92415-0360 | LAKEVIEW LOAN SERVICING LLC<br>C/O M&T BANK<br>ATTN: PAYMENT PROCESSING<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | AT&T MOBILITY II LLC<br>C/O AT&T SERVICES INC<br>ONE AT&T WAY ROOM 3A104<br>BEDMINISTER, NJ 07921 |
| HCA DBA KIA MOTOR FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | MIDLAND CREDIT MANAGEMENT, INC.<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012    FG:046    Page 5 of 5    **F 9013-3.1.PROOF.SERVICE**