Certificate Number: 14912-CAC-DE-038120508

Bankruptcy Case Number: 19-17704



14912-CAC-DE-038120508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2024, at 10:27 o'clock PM EST, April Canaan completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  January 22, 2024        By:   /s/Jai Bhatt

                               Name: Jai Bhatt

                               Title: Counselor