Rod Danielson  
Chapter 13 Trustee  
3787 University Avenue  
Riverside, CA 92501  
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 6:19-bk-17704-WJ |
| | CHAPTER 13 |
| APRIL TERESE CANAAN | |
| | JUDGE WAYNE E. JOHNSON |
| DEBTOR | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Rod Danielson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** LAKEVIEW LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| | 2982 | $2,663.38* | $2,663.38 | $2,663.38 |
| Total Amount Paid by Trustee | | | | $2,663.38 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Plan          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

*If no claim was filed this figure represents debtor's estimated debt.

CASE NO. 6:19-bk-17704-WJ

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 23rd day of January, 2024.

APRIL TERESE CANAAN, 6049 RED SPUR COURT, FONTANA, CA  92336

HESTON & HESTON, ATTORNEYS AT LAW, 19700 FAIRCHILD RD, STE 280, IRVINE, CA  92612

LAKEVIEW LOAN SERVICING LLC, C/O M&T BANK, ATTN: PAYMENT PROCESSING, PO BOX 1288, BUFFALO, NY  14240-1288

M&T BANK, PO BOX 62182, BALTIMORE, MD  21264

ELECTRONIC SERVICE - United States Trustee

Date:  January 23, 2024

/s/ Rod Danielson
Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA  92501