United States Bankruptcy Court

Central District of California

In re:                                                                                                         Case No. 19-17704-WJ

April Terese Canaan                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: van111 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Terese Canaan, 6049 Red Spur Court, Fontana, CA 92336-4548 |
| 39842461 | + | COUNTY OF SAN BERNARDINO, OFFICE OF THE TAX COLLECTOR, 268 WEST HOSPITALITY LANE 1ST FLOOR, SAN BERNARDINO CA 92415-0900 |
| 39776500 | | Capital One Bank (USA) NA, c/o Hunt & Henriques, 151 Bernal Road, Suite 8, City of Industry, CA 91716 |
| 39776514 | + | Sona Property Management, Citrus Heights Community Associatio, P.O. Box 10, Upland, CA 91785-0010 |
| 39776515 | + | Sona Property Management, 869 E. Foothill Blvd #L1, Upland, CA 91786-4011 |
| 39776517 | + | Superior Court of California, County of San Bernardino, 247 West Third Street, CIVDS1833167, San Bernardino, CA 92415-0300 |
| 39776516 | + | Superior Court of California, County of San Bernardino, 247 West Third Street, CIVDS1903503, San Bernardino, CA 92415-0300 |
| 39776518 | + | Superior Court of California, County of San Bernardino, 247 West Third Street, San Bernardino, CA 92415-0300 |
| 39776519 | + | SyncB/JCP JcPenney, PO Box 965007, Orlando, FL 32896-5007 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Mar 07 2024 01:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 07 2024 01:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | ^ | MEBN | Mar 07 2024 00:52:59 | LAKEVIEW LOAN SERVICING, LLC, M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Mar 07 2024 01:00:00 | Lakeview Loan Servicing, LLC, c/o McCarthy & Holthus, LLP, 411 Ivy Street, San Diego, CA 92101-2108 |
| 39776499 | + | Email/Text: g17768@att.com | Mar 07 2024 01:00:00 | AT&T, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 39949120 | + | Email/Text: g20956@att.com | Mar 07 2024 01:01:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 39929034 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 07 2024 01:00:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland WA 98083-0788 |
| 39792950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 01:06:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39926127 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2024 01:17:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 39776502 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 01:01:00 | Comenity Bank/ Victoria Secret, PO Box 182789, |

Case 6:19-bk-17704-WJ   Doc 83   Filed 03/08/24   Entered 03/08/24 21:20:08   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0973-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: van111 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 39776503 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 07 2024 01:01:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 39776504 | | Email/Text: closures@collectmoore.com | Mar 07 2024 01:01:00 | Discover Bank, c/o The Moore Law Group, APC, PO Box 25145, Santa Ana, CA 92799-5145 |
| 39797865 | | Email/Text: mrdiscen@discover.com | Mar 07 2024 01:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 39975062 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 07 2024 01:01:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 39776505 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2024 01:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39776501 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2024 01:05:48 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 39776506 | ^ | MEBN | Mar 07 2024 00:53:13 | Kia Motors Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 39776507 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2024 01:00:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 39943842 | ^ | MEBN | Mar 07 2024 00:52:59 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 39776508 | | Email/Text: camanagement@mtb.com | Mar 07 2024 01:01:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 39776509 | | Email/Text: litigationintake@metlife.com | Mar 07 2024 01:01:00 | Metlife Auto an Home, PO Box 2204, Charlotte, NC 28241-2204 |
| 39776510 | + | Email/Text: info@mandarichlaw.com | Mar 07 2024 01:00:00 | Midland Funding LLC, c/o Mandarich Law Group, LLP, 420 N. Wabbash Avenue, Suite 400, Chicago, IL 60611-3542 |
| 39975011 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2024 01:01:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 39776511 | + | Email/PDF: pa_dc_claims@navient.com | Mar 07 2024 01:17:48 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 39795030 | | Email/Text: bkyelectnotices@trelliscompany.org | Mar 07 2024 01:01:00 | Navient Solutions, LLC. on behalf of, TGSLC Corporation Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 39776512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:05:05 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 39937751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:07:09 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 39935470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:17:55 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 39945722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:07:12 | Portfolio Recovery Associates, LLC, c/o Lenscrafters, POB 41067, Norfolk VA 23541 |
| 39941054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:07:13 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 39941049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:07:09 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 39935471 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 01:07:09 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 39776520 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 01:05:10 | SYNCB/Lenscrafters, PO Box 965036, Orlando, FL 32896-5036 |
| 39776521 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 01:05:06 | SYNCB/Paypalxtrasmc, PO Box 965005, Orlando, FL 32896-5005 |

| District/off: 0973-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: van111 | Total Noticed: 46 |

| 39776522 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 01:07:19 | SYNCB/TJX Co, PO Box 965015, Orlando, FL 32896-5015 |
| 39776523 | + Email/Text: bnc-thebureaus@quantum3group.com | Mar 07 2024 01:00:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 39776524 | + Email/Text: edbknotices@ecmc.org | Mar 07 2024 01:00:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | * | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 39776513 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2024　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor April Terese Canaan bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Ciro Mestres | on behalf of Creditor Lakeview Loan Servicing LLC ciro.mestres@mccalla.com |
| Dane W Exnowski | on behalf of Creditor Lakeview Loan Servicing LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| JaVonne M Phillips | on behalf of Creditor Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Jessi M White | on behalf of Creditor BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC bk.mail@quantum3group.com |
| Merdaud Jafarnia | on behalf of Creditor Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com |

District/off: 0973-6 | User: admin | Page 4 of 4
Date Rcvd: Mar 06, 2024 | Form ID: van111 | Total Noticed: 46

Nancy L Lee
        on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com

Nancy L Lee
        on behalf of Creditor Lakeview Loan Servicing  LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Rod Danielson (TR)
        notice-efile@rodan13.com

United States Trustee (RS)
        ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
        on behalf of Interested Party Courtesy NEF claims@recoverycorp.com


TOTAL: 13

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

**NOTICE OF REQUIREMENT TO FILE A DEBTOR'S**
**CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND**
**APPLICATION FOR ENTRY OF DISCHARGE**

**DEBTOR(S) INFORMATION:**
April Terese Canaan
**SSN:** xxx−xx−5868
**EIN:** N/A

6049 Red Spur Court
Fontana, CA 92336

**BANKRUPTCY NO.** 6:19−bk−17704−WJ
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: March 6, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)    81 / DR