United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-17704-WJ |
| April Terese Canaan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 24, 2024 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Terese Canaan, 6049 Red Spur Court, Fontana, CA 92336-4548 |
| 39842461 | + | COUNTY OF SAN BERNARDINO, OFFICE OF THE TAX COLLECTOR, 268 WEST HOSPITALITY LANE 1ST FLOOR, SAN BERNARDINO CA 92415-0900 |
| 39776500 | | Capital One Bank (USA) NA, c/o Hunt & Henriques, 151 Bernal Road, Suite 8, City of Industry, CA 91716 |
| 39776514 | + | Sona Property Management, Citrus Heights Community Associatio, P.O. Box 10, Upland, CA 91785-0010 |
| 39776515 | + | Sona Property Management, 869 E. Foothill Blvd #L1, Upland, CA 91786-4011 |
| 39776517 | + | Superior Court of California, County of San Bernardino, 247 West Third Street, CIVDS1833167, San Bernardino, CA 92415-0300 |
| 39776516 | + | Superior Court of California, County of San Bernardino, 247 West Third Street, CIVDS1903503, San Bernardino, CA 92415-0300 |
| 39776518 | + | Superior Court of California, County of San Bernardino, 247 West Third Street, San Bernardino, CA 92415-0300 |
| 39776519 | + | SyncB/JCP JcPenney, PO Box 965007, Orlando, FL 32896-5007 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Apr 25 2024 04:18:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 25 2024 04:18:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | ^ | MEBN | Apr 25 2024 00:22:24 | LAKEVIEW LOAN SERVICING, LLC, M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Apr 25 2024 00:31:00 | Lakeview Loan Servicing, LLC, c/o McCarthy & Holthus, LLP, 411 Ivy Street, San Diego, CA 92101-2108 |
| 39776499 | + | EDI: ATTWIREBK.COM | Apr 25 2024 04:17:00 | AT&T, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 39949120 | + | EDI: CINGMIDLAND.COM | Apr 25 2024 04:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 39929034 | | EDI: Q3GTBI | Apr 25 2024 04:17:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland WA 98083-0788 |
| 39792950 | | EDI: CAPITALONE.COM | Apr 25 2024 04:17:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39926127 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 00:34:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 39776502 | + | EDI: WFNNB.COM | Apr 25 2024 04:17:00 | Comenity Bank/ Victoria Secret, PO Box 182789, |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 39776503 | + | EDI: CCS.COM | Apr 25 2024 04:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 39776504 | | Email/Text: closures@collectmoore.com | Apr 25 2024 00:32:00 | Discover Bank, c/o The Moore Law Group, APC, PO Box 25145, Santa Ana, CA 92799-5145 |
| 39797865 | | EDI: DISCOVER | Apr 25 2024 04:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 39975062 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 25 2024 00:33:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 39776505 | + | EDI: IRS.COM | Apr 25 2024 04:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39776501 | | EDI: JPMORGANCHASE | Apr 25 2024 04:17:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 39776506 | ^ | MEBN | Apr 25 2024 00:21:53 | Kia Motors Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 39776507 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 25 2024 00:31:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 39943842 | ^ | MEBN | Apr 25 2024 00:22:24 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 39776508 | | Email/Text: camanagement@mtb.com | Apr 25 2024 00:32:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 39776509 | | Email/Text: litigationintake@metlife.com | Apr 25 2024 00:33:00 | Metlife Auto an Home, PO Box 2204, Charlotte, NC 28241-2204 |
| 39776510 | + | Email/Text: info@mandarichlaw.com | Apr 25 2024 00:32:00 | Midland Funding LLC, c/o Mandarich Law Group, LLP, 420 N. Wabbash Avenue, Suite 400, Chicago, IL 60611-3542 |
| 39975011 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2024 00:32:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 39776511 | + | EDI: NAVIENTFKASMSERV.COM | Apr 25 2024 04:18:00 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 39795030 | | Email/Text: bkyelectnotices@trelliscompany.org | Apr 25 2024 00:33:00 | Navient Solutions, LLC. on behalf of, TGSLC Corporation Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 39776512 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 39937751 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 39935470 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 39945722 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates, LLC, c/o Lenscrafters, POB 41067, Norfolk VA 23541 |
| 39941054 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 39941049 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 39935471 | | EDI: PRA.COM | Apr 25 2024 04:18:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 39776520 | | EDI: SYNC | Apr 25 2024 04:17:00 | SYNCB/Lenscrafters, PO Box 965036, Orlando, FL 32896-5036 |
| 39776521 | | EDI: SYNC | Apr 25 2024 04:17:00 | SYNCB/Paypalxtrasmc, PO Box 965005, Orlando, FL 32896-5005 |

| Recip ID | | Notice Type | Recipient Name and Address | Date/Time | |
|---|---|---|---|---|---|
| 39776522 | + | EDI: SYNC | | Apr 25 2024 04:17:00 | SYNCB/TJX Co, PO Box 965015, Orlando, FL 32896-5015 |
| 39776523 | + | EDI: Q3GTBI | | Apr 25 2024 04:17:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 39776524 | + | Email/Text: edbknotices@ecmc.org | | Apr 25 2024 00:32:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | * | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 39776513 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor April Terese Canaan bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Ciro Mestres | on behalf of Creditor Lakeview Loan Servicing LLC ciro.mestres@mccalla.com |
| Dane W Exnowski | on behalf of Creditor Lakeview Loan Servicing LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| JaVonne M Phillips | on behalf of Creditor Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Jessi M White | on behalf of Creditor BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC bk.mail@quantum3group.com |
| Merdaud Jafarnia | on behalf of Creditor Lakeview Loan Servicing LLC bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com |

District/off: 0973-6 | User: admin | Page 4 of 4
Date Rcvd: Apr 24, 2024 | Form ID: 3180W | Total Noticed: 46

Nancy L Lee
       on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com

Nancy L Lee
       on behalf of Creditor Lakeview Loan Servicing  LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Rod Danielson (TR)
       notice-efile@rodan13.com

United States Trustee (RS)
       ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
       on behalf of Interested Party Courtesy NEF claims@recoverycorp.com


TOTAL: 13

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | April Terese Canaan <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5868 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Central District of California | | |
| Case number:  6:19–bk–17704–WJ | | |

## Order of Discharge – Chapter 13                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

April Terese Canaan

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/24/24

**Dated:** 4/24/24                                  **By the court:**    Wayne E. Johnson
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**88/EZ**

For more information, see page 2 >

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**